Int. Cl.: 39
Prior U.S. Cls.: 100 and 105
United States Patent and Trademark Office
Amended

Reg. No. 2,890,981
Registered Oct. 5, 2004
OG Date Aug. 17, 2010

## SERVICE MARK
## PRINCIPAL REGISTER

# CHEAPAIR

AMERICAN TRAVEL SOLUTIONS, INC. (CALIFORNIA CORPORATION)
16055 VENTURA BLVD. #405
ENCINO, CA 91436

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

FOR: TRAVEL AGENCY SERVICES, NAMELY MAKING RESERVATIONS AND BOOKINGS FOR AIRPLANE TRANSPORTATION, CAR RENTALS AND ARRANGING CRUISES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 2-1-1994; IN COMMERCE 2-1-1994.

SER. NO. 76-537,322, FILED 8-14-2003.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 17, 2010.*

**EXHIBIT A**
**16**