

# CHEAPAIR.COM

| | |
|---|---|
| **Reg. No. 3,813,293** | AMERICAN TRAVEL SOLUTIONS, INC. (CALIFORNIA CORPORATION) #405 |
| **Registered July 6, 2010** | 16055 VENTURA BLVD. ENCINO, CA 91436 |
| **Int. Cls.: 39 and 43** | |
| | FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR AIRLINE TRANSPORTATION, CAR RENTALS AND ARRANGING CRUISES , IN CLASS 39 (U.S. CLS. 100 AND 105). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 9-0-2003; IN COMMERCE 9-0-2003. |
| | FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING HOTEL RESERVATIONS FOR OTHERS, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| | FIRST USE 9-1-2003; IN COMMERCE 9-1-2003. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 2,890,981. |
| | SER. NO. 77-819,777, FILED 9-3-2009. |
| | MARGERY A. TIERNEY, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

**EXHIBIT B**
**17**